United States District Court
Southern District of Texas
**ENTERED**
February 16, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MATTIELENE COPELAND, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:12-CV-141 |
| | § | |
| TEXAS FARMERS INSURANCE | § | |
| COMPANY, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING
## MAGISTRATE'S REPORT AND RECOMMENDATION

Pending before the Court is the Report and Recommendation of United States Magistrate Judge John R. Froeschner.

Pending before Judge Froeschner was Plaintiff's Supplemental Motion to Remand (Dkt. 69). On January 28, 2016, Judge Froeschner filed a Report and Recommendation, recommending that the Plaintiff's Supplemental Motion to Remand be denied. Dkt. 76.

No objections have been filed to the Report and Recommendation. Accordingly, the Court reviews the Report and Recommendation for plain error on the face of the record.

Based on the pleadings, the record and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1)   Judge Froeschner's Report and Recommendation is **APPROVED AND ADOPTED** in its entirety as the holding of the Court; and

(2)   Plaintiff's Supplemental Motion to Remand is **DENIED**.

SIGNED at Galveston, Texas, this 16th day of February, 2016.

_____
George C. Hanks Jr.
United States District Judge